# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

## CRIMINAL NO. 1:06CR42

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| VS. ) | **ORDER** |
| ) | |
| QUINCE LEE SPENCER ) | |

**THIS MATTER** is before the Court on Defendant's motion to correct sentence.

For cause shown and there being no objections by the Government,

**IT IS, THEREFORE, ORDERED** that the Defendant's motion is **ALLOWED**, and Judgment is entered accordingly.

Signed: November 30, 2007

Lacy H. Thornburg
United States District Judge