IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | Case No. DNCW1:06CR42 |
| vs. | ) | (Financial Litigation Unit) |
| | ) | |
| QUINCE LEE SPENCER. | ) | |

**WRIT OF EXECUTION**

TO THE UNITED STATES MARSHAL
and BANK OF GRANITE.:

A judgment was entered on November 27, 2007, in the United States District Court for the Western District of North Carolina, in favor of the United States of America and against the defendant, Quince Lee Spencer, whose last known address is XXXXXXXXXXX, Hickory, NC 28602, in the sum of $148,715.79. The balance on the account as of March 9, 2011, is $138,715.79.

THEREFORE, YOU ARE HEREBY COMMANDED to levy and/or execute on property and Bank of Granite is commanded to **turn over property** in which the defendant, Quince Lee Spencer, has a substantial nonexempt interest, the said property being funds located in Bank of Granite accounts including, but not limited to, account number XXXXX5587 and account number XXXXX3508, in the name of Quince Lee Spencer, at the following address: Bank of Granite, PO Box 578, Hickory, NC 28603.

Signed: March 22, 2011

_____
Frank G. Johns, Clerk
United States District Court