IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | Case No. DNCW1:06CR42 |
| vs. | ) | (Financial Litigation Unit) |
| | ) | |
| QUINCE LEE SPENCER. | ) | |

**WRIT OF EXECUTION**

TO THE UNITED STATES MARSHAL
and SYNERGY INVESTMENT GROUP.:

A judgment was entered on November 27, 2007, in the United States District Court for the Western District of North Carolina, in favor of the United States of America and against the defendant, Quince Lee Spencer, whose last known address is XXXXXXXXXXXX, Hickory, NC 28602, in the sum of $148,715.79. The balance on the account as of March 9, 2011, is $138,715.79.

THEREFORE, YOU ARE HEREBY COMMANDED to levy and/or execute on property and Synergy Investment Group is commanded to **turn over property** in which the defendant, Quince Lee Spencer, has a substantial nonexempt interest, the said property being funds located in Synergy Investment Group accounts including, but not limited to, an Individual Retirement Account (IRA), in the name of Quince Lee Spencer, at the following address: Synergy Investment Group, 8320 University Exec Park Drive, Suite 112, Charlotte, NC 28262.

Signed: March 22, 2011

_Frank G. Johns_
Frank G. Johns, Clerk
United States District Court