IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | Case No. DNCW1:06CR42 |
| vs. | ) | (Financial Litigation Unit) |
| | ) | |
| QUINCE LEE SPENCER. | ) | |

**WRIT OF EXECUTION**

TO THE UNITED STATES MARSHAL
and QUINCE LEE SPENCER:

A judgment was entered on November 27, 2007, in the United States District Court for the Western District of North Carolina, in favor of the United States of America and against the defendant, Quince Lee Spencer, whose last known address is XXXXXXXXXXXXXX, Hickory, NC 28602, in the sum of $148,715.79. The balance on the account as of June 28, 2011, is $130,996.25.

THEREFORE, YOU ARE HEREBY COMMANDED to levy and/or execute on property in which the defendant, Quince Lee Spencer, has a substantial nonexempt interest, the said property being a 1966 Chevrolet Chevelle, VIN No. XXXXXXXXXXXXX, registered in the name of Quince Lee Spencer and currently located at the following address: XXXXXXXXXXXXXXX, Hickory, NC 28602.

Signed: June 29, 2011

*Dennis L. Howell*
Dennis L. Howell
United States Magistrate Judge